No. 00–9763. PETERSON *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 801] denied.

No. 00–5598. GRIFFIN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 948] denied.

No. 01–6295. MULAZIM *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 989] denied.

No. 01–6523. NUBINE *v.* STRINGFELLOW. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1016] denied.

No. 01–6613. MCSHEFFREY *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1016] denied.

No. 01–6689. IN RE NORTHINGTON. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 991] denied.

No. 01–6690. IN RE YOUNG. Sup. Ct. Ky. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1053] denied.

No. 01–131. GISBRECHT ET AL. *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1039.] Motion of petitioners to dispense with printing the joint appendix granted.